# Exhibit 4



**STATE OF TENNESSEE
DEPARTMENT OF HEALTH
DIVISION OF HEALTH LICENSURE AND REGULATION
OFFICE OF HEALTH CARE FACILITIES
665 MAINSTREAM DRIVE, SECOND FLOOR
NASHVILLE, TENNESSEE 37243**

**AMBULATORY SURGICAL TREATMENT CENTER
PROCEDURES FOR APPLYING FOR LICENSURE OF A NEW FACILITY**

1. You must first apply for a Certificate of Need (CON) from the Health Services and Developmental Agency prior to applying for licensure as this type of facility. **If you are a Physicians Practice performing 50 or more surgical abortions annually and were in existence prior to July 1, 2015, you are not required to obtain a CON; but are required to submit a notarized application along with the appropriate fee.** If a CON is required, once you obtain a CON you will need to submit a notarized application along with the appropriate licensure fee to the address at the top of the application.

2. Obtain architectural plans signed and sealed by an architect or Tennessee licensed engineer. Submit the plans to the Plans Review Section of Health Care Facilities. Once you receive approval of the architectural plans you may begin building the facility. If it is an existing building you will need to make any renovations that the plans reviewer has indicated. Approximately thirty (30) to forty-five (45) days prior to completion of the construction/renovations you will need to send a letter to the Regional Office in your area to request a survey of the facility. The Regional Office will notify you to schedule the survey. Be certain that you have given yourself plenty of time to have the building completed and to have your policies and procedures in order. If you are not ready on the date of survey it will most likely be thirty (30) days or more before the survey can be rescheduled.

3. Once the survey has been completed the surveyor will tell you if a recommendation is going to be made to license your facility. The surveyor will forward the appropriate forms to the Regional Office for the Regional Director's signature. The forms will then be forwarded to the Central Office Licensure Division in Nashville.

4. Licensure staff will then process the forms and send an initial approval letter to you. The application will then be presented to the Board for Licensing Health Care Facilities at the next regularly scheduled board meeting for ratification. If the Board ratifies the application the license will then be ordered from the computer center. You should receive the license in seven (7) to ten (10) days.

5. If the Board does not ratify the initial approval of your application, a letter will be mailed to you providing an explanation and specific instructions as to any actions you may take to have the decision reviewed, at which time this authorization shall cease to be effective.

*All applicable laws, rules, policies, and guidelines affecting your practice are available for viewing at www.state.tn.us/health. Please check this website periodically for updates.*



STATE OF TENNESSEE
DEPARTMENT OF HEALTH
DIVISION OF HEALTH LICENSURE AND REGULATION
OFFICE OF HEALTH CARE FACILITIES
665 MAINSTREAM DRIVE, SECOND FLOOR
NASHVILLE, TENNESSEE 37243
(615) 741-7221

# AMBULATORY SURGICAL TREATMENT CENTER
# APPLICATION FOR INITIAL LICENSURE

*All applicable laws, rules, policies, and guidelines affecting your practice are available for viewing at www.state.tn.us/health. Please check this website periodically for updates.*

Name of the Facility/Agency _____

**Location of the Facility:**

Street _____  City _____

County _____  State _____  Zip _____

Phone Number (____) _____  Fax Number (____) _____

Twenty-four (24) Hour Emergency Phone Number (____) _____

E-Mail Address _____

**Administrator Information:**

Administrator _____

Have you (Administrator) ever been convicted of a crime involving injury or harm to person(s), financial or business management (e.g., assault, battery, robbery, embezzlement or fraud)?   Yes _____   No _____

If yes, what charge(s)? _____

Location of Conviction _____  Date _____
                       (City)         (County)        (State)

**Mailing address if different from the Facility location address:**

Name _____

Street _____

City _____  State _____  Zip _____

**Ownership of Building:**

Name _____  Phone Number (____) _____

Street _____

City _____  State _____  Zip _____

**FEE SCHEDULE: (FEES ARE NON-REFUNDABLE)**   $1,080

PH-3507 (REV 06/15)                                    RDA-1165

1. Check classification of institution for which application is made:

   ____ General Surgical    ____ Maternity    ____ Gynecological    ____ Other (specify)

   ____ Cancer Treatment    ____ Plastic Surgery    ____ Ophthalmological

   ____ EENT    ____ Urological    ____ Gastroenterology

   ____ Dental    ____ Acupuncture    ____ Abortion (* See 3.)

2. Briefly state the overall objective of the surgical treatment center: _____
   _____

3. Are you a Physician's Practice performing more than 50 surgical abortions annually?    Yes _____ No _____

   If yes, when was the Physician's Practice established to provide surgical abortions_____.

**OWNERSHIP OF BUSINESS:**

1. a. Check the type of Legal Entity:

      ____ Individual    ____ Partnership    ____ Corporation    ____ Limited Liability Company

      ____ Church Related    ____ Government/County    ____ Other

   b. Check one:    ____ For Profit    ____ Non-profit

   c. Legal Entity checked in 1.a:

      Name _____    Phone Number (____) _____

      Street _____    City, State, Zip _____

   d. List name(s) and address(es) of individual owners, partners, directors of the corporation, or head of the governmental entity:

   | Name | Street | City, State, Zip |
   |------|--------|------------------|
   | Name | Street | City, State, Zip |
   | Name | Street | City, State, Zip |

   *(If additional space is needed, please use a separate sheet)*

2. a. Is your facility/organization accredited by a **federally approved** accrediting body (i.e., JCAHO, CARF, etc)?

      Yes _____ No _____    Expiration Date _____

   b. Is your facility/organization deemed by a **federally approved** accrediting body (i.e., JCAHO, CARF, etc.)?

      Yes _____ No _____    Expiration Date _____

3. If you have a parent company please provide the following information:

   Name _____    Phone Number (____) _____

   Address _____

4.  a. Are any owners of the disclosing entity also owners of other health care facilities in Tennessee and/or other states?   Yes _____   No _____

    b. If yes, list names and addresses of all such facilities:
    _____
    _____

5.  a. Do you have a contract with a management firm to operate this facility?   Yes _____   No _____

    If yes, specify dates:   From _____   To _____

    b. If yes, please specify name of firm: _____

    Phone Number (_____) _____

    Street _____
                                                          City, State, Zip

6.  a. Have any owners of the disclosing entity ever been denied a license, had a license suspended or revoke, had a suspension of admissions or paid any civil monitory penalties for a health care facility in Tennessee or in any other state?   Yes _____   No _____

    b. If yes, where? _____   When? _____

    c. For what reason? _____

## **VERIFICATION BY NOTARY PUBLIC:**

Signee for application certifies that he or she is of responsible character and able to comply with the minimum standards and regulations established by Tennessee pertaining to the type of facility or agency for which application for licensure is made and with the rules promulgated under Tennessee Code Annotated (TCA) § 68-11-201.

Signee also certifies that a policy has been implemented to inform all employees of their obligation under TCA § 71-6-103 to report incidents of abuse or neglect.

_____    _____    _____
Applicant Signature                                Title or Position                    Date


## **STATE OF TENNESSEE**

County of _____

The above named applicant (print name) _____, being by me duly sworn on his/her oath, deposes and says that he/she has read the forgoing application and knows the contents thereof: that the statements concerning the above named facility or agency, therein contained, are correct and true to his/her own knowledge.

Subscribed to and sworn to on this _____ day of _____
                                                              Month                          Year

Notary Public: _____

My commission expires: _____

PH-3507 (REV 06/15)                                                                                      RDA-1165