IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ADAMS & BOYLE, P.C., on behalf of itself and its patients; WESLEY F. ADAMS, JR., M.D., on behalf of himself and his patients; and MEMPHIS CENTER FOR REPRODUCTIVE HEALTH, on behalf of itself and its patients, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| v. | ) ) | CASE NO. 3:15-cv-00705 |
| HERBERT H. SLATERY III, Attorney General of Tennessee, in his official capacity; JOHN DREYZEHNER, M.D., Commissioner of the Tennessee Department of Health, in his official capacity; and MICHAEL D. ZANOLLI, M.D., President of the Tennessee Board of Medical Examiners, in his official capacity, | ) ) ) ) ) ) ) ) ) | JUDGE SHARP MAGISTRATE JUDGE KNOWLES |
| Defendants. | ) | |

**PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAING ORDER AND PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 65, as well as this Court's Local Rule 65.01, Plaintiffs Adams & Boyle, P.C., and Wesley F. Adams, Jr., M.D., by and through their undersigned attorneys, file this motion for a temporary restraining order and preliminary injunction against enforcement of 2015 Tenn. Pub. Acts Chapter 419 ("Public Chapter 419") (to be codified at Tenn. Code Ann. § 68-11-201). Public Chapter 419 requires doctor's offices that perform abortions to become licensed as costly ambulatory surgical treatment centers ("ASTCs") (the "ASTC Requirement").

This motion is necessary to prevent irreparable harm to Plaintiffs and their patients. *See* Fed. R. Civ. P. 65(b). In support of this motion, Plaintiffs submit a memorandum of law, which sets forth the grounds for the motion in more detail, and the following declarations:

- Declaration of Wesley F. Adams, Jr., M.D.; and
- Declaration of Thomas C. Jessee.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully ask the Court to enter a temporary restraining order and preliminary injunction, without bond, restraining Defendants and their employees, agents, and successors in office from enforcing Public Chapter 419 until a final judgment is entered in this case, and to enter such other and further relief as the Court may deem just, proper, and equitable.

A proposed Temporary Restraining Order is attached hereto.

### Certification by Undersigned Counsel

Undersigned counsel hereby certifies that he spoke with counsel for the defendants (identified in the certificate of service below) on June 25, 2015 about this anticipated motion and has ensured that counsel for the defendants will be provided with a copy of all related pleadings via electronic mail shortly after their filing and by hand delivery shortly thereafter. Undersigned counsel also notified the defendants' counsel that Plaintiffs would ask that this matter be heard before July 1, 2015, and that undersigned counsel will immediately notify the defendants' counsel upon learning of the time and date of any such hearing.

Dated: June 26, 2015

Respectfully submitted,

_/S/ Scott P. Tift_
Scott P. Tift
David W. Garrison
Barrett Johnston Martin & Garrison, LLC
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Tel: (615) 244-2202
Fax: (615) 252-3798
stift@barrettjohnson.com
dgarrison@barrettjohnson.com

Thomas C. Jessee
Jessee & Jessee
P.O. Box 997
Johnson City, TN 37605
Tel: (423) 928-7175
jjlaw@jesseeandjessee.com

Ilene Jaroslaw*
Stephanie Toti*
Center for Reproductive Rights
199 Water Street, 22nd Floor
New York, NY 10038
Tel: (917) 637-3600
Fax: (917) 637-3666
ijaroslaw@reprorights.org
stoti@reprorights.org

*Attorneys for Plaintiffs*

\* *Pro hac vice* motions pending

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing *Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction* will be served on all three defendants through the following counsel by electronic mail and by hand delivery on June 26, 2015:

Linda Ross, Esq.
Sue Sheldon, Esq.
Office of the Attorney General and Reporter of Tennessee
425 5th Avenue North
Nashville, TN 37219
linda.ross@ag.tn.gov
sue.sheldon@ag.tn.gov

    /s/ Scott P. Tift
    **SCOTT P. TIFT**
    **BARRETT JOHNSTON**
       **MARTIN & GARRISON, LLC**