UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ADAMS & BOYLE, P.C., on behalf of itself and its patients; WESLEY F. ADAMS, JR., M.D., on behalf of himself and his patients; and MEMPHIS CENTER FOR REPRODUCTIVE HEALTH, on behalf of itself and its patients, <br><br> Plaintiffs, <br><br> v. <br><br> HERBERT H. SLATERY III, Attorney General of Tennessee, in his official capacity; JOHN DREYZEHNER, M.D., Commissioner of the Tennessee Department of Health, in his official capacity; and MICHAEL D. ZANOLLI, M.D., President of the Tennessee Board of Medical Examiners, in his official capacity, <br><br> Defendants. | No. 3:15-00705 <br> Judge Sharp |

## RENEWED TEMPORARY RESTRAINING ORDER

As stated on the record at the hearing on July 9, 2015, the Temporary Restraining Order issued on June 26, 2015 (Docket No. 13) REMAINS IN FULL FORCE AND EFFECT until August 10, 2015. Between now and then, the parties shall endeavor to work towards an agreement resolving the present dispute. In the absence of an agreement, the Court will hold a hearing on Plaintiffs' request for a preliminary injunction at 9:00 a.m. on August 10, 2015.

It is SO ORDERED.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE