UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ADAMS & BOYLE, P.C., on behalf of itself and its patients; WESLEY F. ADAMS, JR., M.D., on behalf of himself and his patients; and MEMPHIS CENTER FOR REPRODUCTIVE HEALTH, on behalf of itself and its patients, | |
| Plaintiffs, | CIVIL ACTION |
| v. | CASE NO. 3:15-CV-00705 |
| HERBERT H. SLATERY III, Attorney General of Tennessee, in his official capacity; JOHN DREYZEHNER, M.D., Commissioner of the Tennessee Department of Health, in his official capacity; and MICHAEL D. ZANOLLI, M.D., President of the Tennessee Board of Medical Examiners, in his official capacity, | JUDGE SHARP MAGISTRATE JUDGE KNOWLES |
| Defendants. | |

## ORDER

A hearing was held on August 10, 2015 to rule on Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction (Docket No. 8). For reasons discussed in open court, Plaintiffs' motion is DENIED.

The plaintiffs are GRANTED permission to amend the Complaint. A renewed hearing on the Motion for a Temporary Restraining Order, if necessary, is scheduled for August 13, 2015, at 9:30 AM (CDT). Plaintiffs' counsel's request to participate via telephone during the August 13 hearing is GRANTED. Counsel shall call 1-866-390-1828 and enter 7884640# access code to be connected.

It is SO ORDERED.

_Kevin H. Sharp_
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE