IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ADAMS & BOYLE, P.C., on behalf of itself and its patients; WESLEY F. ADAMS, JR., M.D., on behalf of himself and his patients; and MEMPHIS CENTER FOR REPRODUCTIVE HEALTH, on behalf of itself and its patients, <br><br> Plaintiffs, <br><br> v. <br><br> HERBERT H. SLATERY III, Attorney General of Tennessee, in his official capacity; JOHN DREYZEHNER, M.D., Commissioner of the Tennessee Department of Health, in his official capacity; MICHAEL D. ZANOLLI, M.D., President of the Tennessee Board of Medical Examiners, in his official capacity, GLENN R. FUNK, District Attorney General of Nashville, in his official capacity; AMY WEIRICH, District Attorney General of Shelby County, in her official capacity; and BARRY P. STAUBUS, District Attorney General of Sullivan County, in his official capacity; <br><br> Defendants. | CIVIL ACTION <br><br> CASE NO. 3:15-cv-00705 <br><br> JUDGE SHARP <br> MAGISTRATE JUDGE KNOWLES |

**STAY ORDER**

Having considered the Parties' Stipulated Motion to Stay and for good cause shown, the Court finds:

That the United States Supreme Court, in *Whole Woman's Health v. Cole*, 790 F.3d 563 (5th Cir. 2015) (per curiam), *modified*, 790 F.3d 598 (5th Cir. 2015) (mem.), *cert. granted*, No. 15-274 (U.S. Nov. 13, 2015), may address how the lower courts should apply the undue burden standard in *Planned Parenthood of Se. Pa. v. Casey*, 505 U.S. 833 (1992), to abortion

restrictions, including those at issue in this case; and

That the standards if addressed by the Supreme Court in *Whole Woman's Health* may be critical for developing and evaluating the relevant evidence in this case; and

That goals of judicial economy and avoidance of unnecessary litigation weigh heavily in favor of a stay pending the Supreme Court's decision in *Whole Woman's Health*.

IT IS THEREFORE ORDERED that all proceedings in this matter, including the Initial Case Management Order and all discovery, are stayed until further Order of this Court.

Dated: December 39."42370

_____
THE HONORABLE KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE