IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ADAMS & BOYLE, P.C., on behalf of Itself and its patients; et al., ) ) ) | |
| Plaintiffs, ) ) | CASE NO. 3:15-cv-00705 |
| v. ) ) | JUDGE FRIEDMAN |
| HERBERT H. SLATERY III, Attorney General of Tennessee, in his official Capacity; et al., ) ) ) ) ) | MAGISRATE JUDGE FRENSLEY |
| Defendants. ) ) | |

## MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Knoxville Center for Reproductive Health, Inc. moves, pursuant to Fed. R. Civ. P. 41(a)(2), for leave to dismiss its claims and withdraw as a party to this suit, and shows as follows:

1. Plaintiff Knoxville Center for Reproductive Health, Inc. (the "Center") entered this lawsuit via an Amended Complaint filed August 22, 2017.

2. The Center's administrator, Kim Denison, has recently experienced unexpected personal crises involving her spouse's physical health and her care of her 91-year-old stepmother. The nature of these crises is more fully set out in the accompanying Memorandum of Law in Support and the Affidavit of Kim Denison, attached as Ex. A to that Memorandum.

3. Because of these personal responsibilities, Ms. Denison expects to remain largely absent from the Center for the foreseeable future.

4. Ms. Denison is completely unable to respond to the Defendants' expansive discovery requests and prepare for trial in light of these personal challenges.

5. The Center has only two other non-clinical full-time staff members, and they likewise do not have the capacity to respond to the Defendants' discovery requests and prepare for trial in Ms. Denison's absence.

6. Ms. Denison's personal crises and her absence from the center will make it impossible for the Center to continue in the case as a party and presents a reasonable rationale for the Center's dismissal from the case.

7. There are currently no dispositive motions pending in the case.

8. The Defendants will suffer no prejudice from the Center's withdrawal from the case. The case will continue with the other plaintiffs, who all seek a common remedy (and one of whom operates the other abortion clinic in Knoxville), and will not suffer from the Center's departure.

9. The Center is not responsible for any delay, nor has exhibited any lack of diligence, in the six months in which it has been a party in the case.

Wherefore, Plaintiff Knoxville Center for Reproductive Health, Inc. prays that this court grant its Motion to Dismiss its Claims Without Prejudice and for such other and further relief as the court deems just and proper

Respectfully submitted,

/s/ Thomas H. Castelli
Thomas H. Castelli #24849
American Civil Liberties Union
Foundation of Tennessee
P. O. Box 120160
Nashville, TN 37212
Tel: (615) 320-7142
Fax: (615)-691-7219
tcastelli@aclu-tn.org

Julia Kaye (admitted *Pro Hac Vice*)
American Civil Liberties Union Foundation
125 Broad St., Floor 18
New York, NY 10004
Tel: (212) 284-7358
jkaye@aclu.org

Attorneys for Plaintiff
Knoxville Center for Reproductive Health

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing *Motion to Dismiss Without Prejudice* has been served on the following counsel of record through the Electronic Filing System on this 15th day of February, 2018:

Alexander Stuart Rieger
Steven Ashley Hart
Sue A. Sheldon
Tennessee Attorney General's Office
P O Box 20207
Nashville, TN 37202-0207
(615) 741-2408
Fax: (615) 532-5683
alex.rieger@ag.tn.gov
steve.hart@ag.tn.gov
Sue.Sheldon@ag.tn.gov

                                                /s/ Thomas H. Castelli
                                                Thomas H. Castelli

4

Case 3:15-cv-00705   Document 83   Filed 02/15/18   Page 4 of 4 PageID #: 508