# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| ADAMS & BOYLE, P.C., on behalf of itself and its patients; et al., | ) )  |
| Plaintiffs, | ) ) CASE NO. 3:15-cv-00705 ) ) JUDGE FRIEDMAN |
| v. | ) ) MAGISRATE JUDGE |
| HERBERT H. SLATERY III, Attorney General of Tennessee, in his official capacity; et al., | ) FRENSLEY ) ) |
| Defendants. | ) |

**PLAINTIFFS' UNOPPOSED MOTION FOR TELEPHONIC STATUS CONFERENCE**

Plaintiffs hereby respectfully request a telephonic status conference with the Magistrate Judge on or after October 29, 2018. The parties are scheduled by agreement to complete the final anticipated deposition in this matter during the week of October 22, 2018. Plaintiffs, therefore, respectfully request a telephonic status conference to discuss and / or set the remaining deadlines and pretrial procedures applicable to this Action.

Defendants, through counsel, have authorized undersigned counsel to represent that Defendants do not oppose this motion.

Dated: October 18, 2018　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ Scott P. Tift*
　　　　　　　　　　　　　　　　　　　　　Scott P. Tift
　　　　　　　　　　　　　　　　　　　　　David W. Garrison
　　　　　　　　　　　　　　　　　　　　　Barrett Johnston Martin & Garrison, LLC
　　　　　　　　　　　　　　　　　　　　　Philips Plaza
　　　　　　　　　　　　　　　　　　　　　414 Union Street, Suite 900
　　　　　　　　　　　　　　　　　　　　　Nashville, TN 37219
　　　　　　　　　　　　　　　　　　　　　Tel: (615) 244-2202
　　　　　　　　　　　　　　　　　　　　　Fax: (615) 252-3798
　　　　　　　　　　　　　　　　　　　　　stift@barrettjohnston.com
　　　　　　　　　　　　　　　　　　　　　dgarrison@barrettjohnston.com

1

Thomas C. Jessee
Jessee & Jessee
P.O. Box 997
Johnson City, TN 37605
Tel: (423) 928-7175
jjlaw@jesseeandjessee.com

*Attorneys for Plaintiffs*

Autumn Katz*
Hailey Flynn*
Michelle Moriarty*
CENTER FOR REPRODUCTIVE RIGHTS
199 Water Street, 22nd Floor
New York, NY 10038
Tel: (917) 637-3600
Fax: (917) 637-3666
akatz@reprorights.org
hflynn@reprorights.org
mmoriarty@reprorights.org

*Attorneys for Plaintiffs Adams & Boyle, P.C.
and Memphis Center for Reproductive Health*

Jennifer Keighley*
Maithreyi Ratakonda*
Planned Parenthood Federation of America
123 William St., 9th Floor
New York, NY 10038
Tel: (212) 261-4749
Fax: (212) 247-6811
jennifer.keighley@ppfa.org
mai.ratakonda@ppfa.org

*Attorneys for Plaintiff Planned Parenthood
Greater Memphis Region*

Michael J. Dell*
Jason M. Moff*
Timur Tusiray*
Irene Weintraub*
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036
Tel: (212) 715-9100
Fax: (212) 715-8000
mdell@kramerlevin.com

jmoff@kramerlevin.com
ttusiray@kramerlevin.com
iweintraub@kramerlevin.com

*Attorneys for Plaintiffs Memphis Center for Reproductive Health and Planned Parenthood Greater Memphis Region*

*Admitted pro hac vice

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Plaintiffs' Unopposed Motion for Telephonic Status Conference* has been served on the following counsel of record by electronic filing on October 18, 2018:

Alexander Stuart Rieger
Michael Alan Meyer
Steven Ashley Hart
Sue A. Sheldon
Lindsay H. Sisco
Kathryn A. Baker
Tennessee Attorney General's Office
P O Box 20207
Nashville, TN 37202-0207

/s/ Scott P. Tift
**SCOTT P. TIFT**
**BARRETT JOHNSTON**
  **MARTIN & GARRISON, LLC**