# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| ADAMS & BOYLE, P.C., on behalf of itself and its patients; et al., | )<br>)<br>) |
| Plaintiffs, | ) CASE NO. 3:15-cv-00705<br>)<br>) JUDGE FRIEDMAN |
| v. | )<br>) |
| HERBERT H. SLATERY III, Attorney General of Tennessee, in his official capacity; et al., | ) MAGISRATE JUDGE<br>) FRENSLEY<br>)<br>) |
| Defendants. | ) |

## ORDER SETTING TRIAL DATE AND
## DISPOSITIVE MOTION BRIEFING SCHEDULE

On November 1, 2018, the Court conducted a status conference in this matter at the request of the parties to address the dispositive motion briefing schedule and the setting of a trial date. Based on the parties' input and the Court's subsequent consultation with the District Judge, the Court ORDERS as follows:

Dispositive Motions: All dispositive motions shall be filed on or before **January 11, 2019**. All responses to dispositive motions shall be filed within thirty (30) days after the filing of the motion (or by **February 11, 2019**). Briefs shall not exceed twenty-five (25) pages without leave of Court. Optional replies to responses to dispositive motions shall be filed on or before **March 13, 2019** and shall not exceed ten (10) pages without leave of Court.

Trial Date: The trial is hereby set to begin on **September 16, 2019**. The District Judge will set all applicable pre-trial deadlines by separate order.

**IT IS SO ORDERED.**

JEFFERY S. FRENSLEY
United States Magistrate Judge

1