IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ADAMS & BOYLE, P.C., on behalf of itself and its patients; et al., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| HERBERT H. SLATERY III, Attorney General of Tennessee, in his official capacity; et al., | ) ) ) ) |
| Defendants. | ) ) |

CIVIL ACTION

CASE NO. 3:15-cv-00705

JUDGE FRIEDMAN
MAGISTRATE JUDGE FRENSLEY

## MOTION TO WITHDRAW JENNIFER KEIGHLEY AS COUNSEL FOR PLAINTIFF

Pursuant to Local Rule 83.01(g), the undersigned counsel hereby moves to withdraw Jennifer Keighley, an attorney with Planned Parenthood Federation of America ("PPFA"), as counsel for Planned Parenthood Greater Memphis Region d/b/a Planned Parenthood of Tennessee and North Mississippi ("Plaintiff"). Ms. Keighley no longer works at PPFA. Plaintiff will continue to be represented by Maithreyi Ratakonda of PPFA, as well as other remaining co-counsel of record. A certificate attesting that Plaintiff has been notified of the undersigned's intent to withdraw is attached hereto.

Dated: November 26, 2018

Respectfully submitted,

*/s/ Maithreyi Ratakonda*
Maithreyi Ratakonda*
Planned Parenthood Federation of America
123 William St., 9th Floor
New York, NY 10038

1

Tel: (212) 261-4405
Fax: (212) 247-6811
mai.ratakonda@ppfa.org

*Attorney for Plaintiff Planned Parenthood Greater Memphis Region d/b/a Planned Parenthood of Tennessee and North Mississippi*
\*Admitted *pro hac vice*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ADAMS & BOYLE, P.C., on behalf of itself and its patients; et al., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| HERBERT H. SLATERY III, Attorney General of Tennessee, in his official capacity; et al., | ) ) ) ) |
| Defendants. | ) ) |

CIVIL ACTION

CASE NO. 3:15-cv-00705

JUDGE FRIEDMAN
MAGISTRATE JUDGE FRENSLEY

**CERTIFICATE OF NOTICE OF MOTION TO WITHDRAW**

I hereby certify that I have informed Planned Parenthood Greater Memphis Region d/b/a Planned Parenthood of Tennessee and North Mississippi ("Plaintiff"), of my intent to move to withdraw from this case and that I have provided them with a copy of my Motion to Withdraw as Counsel. I further certify that Plaintiff will continue to be represented in this matter by Maithreyi Ratakonda of Planned Parenthood Federation of America, as well as other remaining co-counsel of record.

Dated: November 7, 2018

Respectfully submitted,

*/s/ Jennifer Keighley*
Jennifer Keighley*
Planned Parenthood Federation of America
123 William St., 9th Floor
New York, NY 10038
Tel: (212) 261-4749
Fax: (212) 247-6811
jennifer.keighley@ppfa.org

*Attorney for Plaintiff Planned Parenthood*

3

*Greater Memphis Region d/b/a Planned Parenthood of Tennessee and North Mississippi*

*Admitted pro hac vice

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to Withdraw has been served on the following counsel of record by electronic filing on November 26, 2018:

Alexander Stuart Rieger
Michael Alan Meyer
Steven Ashley Hart
Sue A. Sheldon
Tennessee Attorney General's Office
P.O. Box 20207
Nashville, TN 37202-0207
(615) 741-5683
Fax: (615) 532-5683
alex.rieger@ag.tn.gov
michael.meyer@ag.tn.gov
steve.hart@ag.tn.gov
Sue.Sheldon@ag.tn.gov

*/s/ Maithreyi Ratakonda*
Maithreyi Ratakonda*
Planned Parenthood Federation of America
123 William St., 9th Floor
New York, NY 10038
Tel: (212) 261-4405
Fax: (212) 247-6811
Mai.Ratakonda@ppfa.org

5

Case 3:15-cv-00705   Document 130   Filed 11/26/18   Page 5 of 5 PageID #: 684