UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ADAMS & BOYLE, P.C., et al.,

    Plaintiffs,                        Civil Action No. 3:15-cv-00705

vs.                                        HON. BERNARD A. FRIEDMAN

HERBERT H. SLATERY, III, et al.,

    Defendants.
_____/

## **PRETRIAL ORDER**

For the reasons discussed with counsel during an on-the-record telephonic status conference on April 9, 2019,

IT IS ORDERED that the following dates shall govern the progression of this case through and after trial:

    July 12, 2019: Deadline for filing witness lists

    July 19, 2019: Deadline for filing supplemental witness lists

    July 26, 2019: Deadline for filing exhibit lists and deposition designations

    August 2, 2019: Deadline for filing supplemental exhibit lists, supplemental deposition designations, and all motions relating to witnesses

    August 9, 2019: Deadline for filing all remaining motions and objections to proposed exhibits

    August 16, 2019: Deadline for filing pretrial briefs (five pages maximum)

    August 23, 2019: Deadline for responding to pretrial briefs (five pages maximum)

August 27, 2019, at 11:00 AM: Pretrial conference (plaintiffs to arrange conference call)

September 16, 2019, at 9:00 AM: Trial

Post-trial: Proposed findings of fact and conclusions of law will be due three weeks after completion of the trial transcript

                                        s/Bernard A. Friedman
                                        BERNARD A. FRIEDMAN
                                        SENIOR UNITED STATES DISTRICT JUDGE
                                        SITTING BY SPECIAL DESIGNATION

Dated: April 11, 2019
       Detroit, Michigan