UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ADAMS & BOYLE, P.C., et al.,

    Plaintiffs,                                         Civil Action No. 3:15-cv-00705

vs.                                                      HON. BERNARD A. FRIEDMAN

HERBERT H. SLATERY, III, et al.,

    Defendants.
_____/

## ORDER MODIFYING PRETRIAL ORDER

To: All Counsel of Record

        Be advised that the Pretrial Order filed in this matter on April 11, 2019, is modified as follows: The trial will commence on **September 23, 2019**, at 9:00 AM (not September 16). All other dates in the Pretrial Order remain the same.

        SO ORDERED.

                                                              s/Bernard A. Friedman
                                                              BERNARD A. FRIEDMAN
                                                              SENIOR UNITED STATES DISTRICT JUDGE
                                                              SITTING BY SPECIAL DESIGNATION

Dated: June 26, 2019
       Detroit, Michigan