**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| **ADAMS & BOYLE, P.C.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Docket No. 3:15-cv-0705** |
| | ) | **Judge Friedman** |
| **HERBERT H. SLATERY III, et al.,** | ) | **Magistrate Judge Frensley** |
| | ) | |
| **Defendants.** | ) | |

---

## DEFENDANTS' INITIAL WITNESS LIST

---

Pursuant to Fed. R. Civ. P. 26(a)(3)(A)(i) and this Court's Pretrial Order (D.E. 133), the State Defendants hereby submit the following pretrial disclosures related to anticipated trial witnesses:

1.  Expect to call:

    a.  Priscilla K. Coleman, Ph.D.

    b.  Jessica Young, M.D.

    c.  Sarah Wallett, M.D.

    d.  Rebecca Terrell, MPA

    e.  Wesley F. Adams, Jr., M.D.

    f.  Vanessa Lefler, Ph.D.
        710 James Robertson Parkway
        Nashville, TN 37243
        (615) 532-7864

2.  May call:

    a.  Jeffrey Huntsinger, Ph.D.

1

b.      Kenneth Goodman, Ph.D.

c.      Michael Podraza, M.D.

d.      Sheila M. Katz, Ph.D.

e.      Sara McClelland, Ph.D.

f.      Allison Smith-Burk, MSW

g.      Any other witness identified by Plaintiffs; and

h.      Any other witness necessary for the purpose of impeachment.

Respectfully submitted,

**HERBERT H. SLATERY III**
**Attorney General and Reporter**

s/*Alexander S. Rieger*
STEVEN A. HART (BPR # 07050)
SUE A. SHELDON (BPR # 15295)
ALEXANDER S. RIEGER (BPR # 029362)
LINDSAY H. SISCO (BPR # 026361)
MATTHEW D. CLOUTIER (BPR # 036710)
AMBER L. SEYMOUR (BPR # 036198)
Office of Tennessee Attorney General
P. O. Box 20207
Nashville, Tennessee  37202
(615) 741-3505
steve.hart@ag.tn.gov
 sue.sheldon@ag.tn.gov
 alex.rieger@ag.tn.gov
lindsay.sisco@ag.tn.gov
matt.cloutier@ag.tn.gov
amber.seymour@ag.tn.gov

2

## <u>CERTIFICATE OF SERVICE</u>

   I hereby certify that a true and correct copy of the foregoing Witness List has been served on the following counsel of record through the Electronic Filing System on this 12th day of July, 2019:

Scott P. Tift
David W. Garrison
Barrett Johnston Martin & Garrison, LLC,
Bank of America Plaza,
414 Union Street, Suite 900
Nashville, TN 37219
stift@barrettjohnson.com
dgarrison@barrettjohnson.com

Thomas C. Jessee
Jessee & Jessee
P.O. Box 997
Johnson City, TN 37605
jjlaw@jesseeandjessee.com

Autumn Katz
Hailey Flynn
Michelle Moriarty
Center for Reproductive Rights
199 Water Street, 22nd Floor
New York, NY 10038
akatz@reprorights.org
hflynn@reprorights.org
mmoriarty@reprorights.org

Maithreyi Ratakonda
Planned Parenthood Federation of
America
123 William St., 9th Floor
New York, NY 10038
mai.ratakonda@ppfa.org

Michael J. Dell
Jason M. Moff
Irene Weintraub
Timur Tusiray
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
mdell@kramerlevin.com
jmoff@kramerlevin.com
iweintraub@kramerlevin.com
ttusiray@kramerlevin.com

Thomas H. Castelli
American Civil Liberties Union
PO Box 120160
Nashville, TN 37212
tcastelli@aclu-tn.org

*s/ Lindsay H. Sisco*
**LINDSAY H. SISCO**