UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ADAMS & BOYLE, P.C., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Docket No. 3:15-cv-0705 |
| ) | Judge Friedman / Frensley |
| HERBERT H. SLATERY III, et al., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION TO DELETE AND REPLACE PREVIOUSLY FILED DOCKET ENTRIES 197-1, 197-5, AND 204-2, WITH PROPERLY REDACTED DOCUMENTS**

On August 21, 2019, the parties entered a Joint Stipulation regarding the unavailability of Dr. Wesley F. Adams, Jr. to testify at and attend trial and agreed that Dr. Adams' deposition testimony and exhibits will be admissible at trial in lieu of his live testimony, subject to specific objections. (D.E. 190.) Defendants timely filed their designation of Dr. Adams' deposition testimony, however it was not properly redacted. (*See* D.E. 197 & 197-1.) The parties have also agreed that some of the redacted information, which is also set out in Dr. Adams' deposition exhibit No. 5 (D.E. 197-5), regarding the number of abortions performed at Adams & Boyle, P.C. Tennessee facilities does not need to be redacted or filed under seal. To protect privacy, (1) Defendants respectfully request that the exhibit (D.E. 197-1) be withdrawn from the record and replaced with the properly redacted deposition designations, which are submitted as the first attachment with this motion. (Defendants' designations are highlighted in pink and Plaintiffs' designations are highlighted in yellow.) (2) Defendants respectfully request that the second

1

attachment, Dr. Adams' deposition exhibit No. 5, be substituted for D.E. 197-5.  (3) Defendants further respectfully request that the third attachment, Plaintiff Adams & Boyle, P. C.'s Objections and Responses to Defendant Tenn. Dept. of Health and Board of Medical Examiners' First Set of Interrogatories, (which includes the previously redacted information regarding the numbers of abortions performed) be substituted for  D.E. 204-2.

Respectfully submitted,

HERBERT H. SLATERY III
Attorney General and Reporter

s/*Steven A. Hart*
STEVEN A. HART (BPR # 07050)
SUE A. SHELDON (BPR #15295)
ALEXANDER S. RIEGER (BPR# 029362)
LINDSAY H. SISCO (BPR # 026361)
MATTHEW D. CLOUTIER (BPR # 036710)
AMBER L. SEYMOUR (BPR# 036198)
Office of Tennessee Attorney General
P. O. Box 20207
Nashville, Tennessee  37202
(615) 741-3505
steve.hart@ag.tn.gov
sue.sheldon@ag.tn.gov
alex.rieger@ag.tn.gov
lindsay.sisco@ag.tn.gov
matt.cloutier@ag.tn.gov
amber.seymour@ag.tn.gov

2

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice has been served on the following counsel of record through the Electronic Filing System on this 30th day of September, 2019:

Scott P. Tift
David W. Garrison
Barrett Johnston Martin & Garrison, LLC,
Bank of America Plaza,
414 Union Street, Suite 900
Nashville, TN 37219
stift@barrettjohnson.com
dgarrison@barrettjohnson.com

Thomas C. Jessee
Jessee & Jessee
P.O. Box 997
Johnson City, TN 37605
jjlaw@jesseeandjessee.com

Autumn Katz
Hailey Flynn
Michelle Moriarty
Marc Hearron
Center for Reproductive Rights
199 Water Street, 22nd Floor
New York, NY 10038
akatz@reprorights.org
hflynn@reprorights.org
mmoriarty@reprorights.org

Maithreyi Ratakonda
Melissa Cohen
Planned Parenthood Federation of America
123 William St., 9th Floor
New York, NY 10038
mai.ratakonda@ppfa.org

Michael J. Dell
Jason M. Moff
Irene Weintraub
Timur Tusiray
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
mdell@kramerlevin.com
jmoff@kramerlevin.com
iweintraub@kramerlevin.com
ttusiray@kramerlevin.com

Thomas H. Castelli
American Civil Liberties Union
PO Box 120160
Nashville, TN 37212
tcastelli@aclu-tn.org

*s/ Steven A. Hart*
STEVEN A. HART

3

Case 3:15-cv-00705   Document 216   Filed 09/30/19   Page 3 of 3 PageID #: 4077