IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ADAMS & BOYLE, P.C., on behalf of itself and its patients; *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| v. | ) ) | CASE NO. 3:15-cv-00705 |
| HERBERT H. SLATERY III, Attorney General of Tennessee, in his official capacity; *et. al* | ) ) ) | JUDGE FRIEDMAN |
| Defendants. | ) ) ) ) ) ) ) | MAGISTRATE JUDGE FRENSLEY |

## MOTION OF HAILEY FLYNN TO WITHDRAW AS COUNSEL FOR PLAINTIFFS

Pursuant to Local Rule 83.01(g), the undersigned counsel for the Plaintiffs hereby moves to withdraw Hailey Flynn, an attorney with the Center for Reproductive Rights, as counsel for Adams & Boyle, P.C., and Memphis Center for Reproductive Health (collectively, "Plaintiffs"). Plaintiffs will continue to be represented by Autumn Katz, Michelle Moriarty, Rabia Muqaddam, and Marc Hearron of the Center for Reproductive Rights, as well as by Scott P. Tift and David W. Garrison of Barrett Johnston Martin & Garrison, LLC; Michael Dell, Jason Moff, Irene Weintraub, Timur Tusiray, and Catherine Hoge of Kramer Levin Naftalis & Frankel LLP; and Thomas C. Jessee of Jessee & Jessee. A certificate attesting that the Plaintiffs have been notified of the undersigned's intent to withdraw is attached hereto.

1

Dated: October 29, 2019

Respectfully submitted,

/s/ Scott P. Tift
Scott P. Tift
David W. Garrison
Barrett Johnston Martin & Garrison, LLC
414 Union Street, Suite 900
Nashville, TN 37219
Tel: (615) 244-2202
Fax: (615) 252-3798
stift@barrettjohnson.com
dgarrison@barrettjohnson.com

Michael J. Dell*
Jason M. Moff*
Irene Weintraub*
Timur Tusiray*
Catherine Hoge*
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Tel: 212-715-9129
Tel: 212-715-9113
mdell@kramerlevin.com
jmoff@kramerlevin.com
iweintraub@kramerlevin.com
ttusiray@kramerlevin.com
choge@kramerlevin.com

Thomas C. Jessee
Jessee & Jessee
P.O. Box 997
Johnson City, TN 37605
Tel: (423) 928-7175
jjlaw@jesseeandjessee.com

*Attorneys for Plaintiffs*

*Admitted *pro hac vice*

Autumn Katz*
Michelle Moriarty*
Rabia Muqaddam*
Hailey Flynn*
Center for Reproductive Rights
199 Water Street, 22nd Floor
New York, NY 10038
Tel: (917) 637-3600
Fax: (917) 638-3666
akatz@reprorights.org
mmoriarty@reprorights.org
hflynn@reprorights.org
rmuqaddam@reprorights.org

Marc Hearron*
Center for Reproductive Rights
1634 Eye Street NW Suite 600
Washington, D.C. 20006
Tel: (202) 628-0286
mhearron@reprorights.org

*Attorneys for Adams & Boyle, P.C. and Memphis Center for Reproductive Health*

Maithreyi Ratakonda*
Melissa Cohen*
Planned Parenthood Federation of America
123 William St., 9th Floor
New York, NY 10038
Tel: (212) 261-4649
Fax: (212) 247-6811
mai.ratakonda@ppfa.org
melissa.cohen@ppfa.org

*Attorneys for Plaintiff Planned Parenthood Greater Memphis Region d/b/a Planned Parenthood of Tennessee and North Mississippi*

*Admitted *pro hac vice*

2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| ADAMS & BOYLE, P.C., on behalf of itself and its patients; *et al.*, ) ) ) | |
| Plaintiffs, ) ) | CIVIL ACTION |
| v. ) ) | CASE NO. 3:15-cv-00705 |
| HERBERT H. SLATERY III, Attorney General of Tennessee, in his official capacity; *et al.*, ) ) ) | JUDGE FRIEDMAN |
| Defendants. ) ) | MAGISTRATE JUDGE FRENSLEY |

## CERTIFICATE OF NOTICE OF MOTION TO WITHDRAW

I hereby certify that I have informed Adams & Boyle, P.C. and Memphis Center for Reproductive Health (collectively, "Plaintiffs"), of my intent to move to withdraw from this case and that I have provided them with a copy of my Motion to Withdraw as Counsel. I further certify that Plaintiffs will continue to be represented in this matter by Autumn Katz, Michelle Moriarty, Rabia Muqaddam, and Marc Hearron of the Center for Reproductive Rights, as well as by Scott P. Tift and David W. Garrison of Barrett Johnston Martin & Garrison, LLC; Michael Dell, Jason Moff, Irene Weintraub, Timur Tusiray, and Catherine Hoge of Kramer Levin Naftalis & Frankel LLP; and Thomas C. Jessee of Jessee & Jessee.

3

Dated: October 29, 2019

                                         Respectfully submitted,

                                         */s/ Hailey Flynn*
                                         Hailey Flynn*
                                         New York Bar No. 5503362
                                       CENTER FOR REPRODUCTIVE RIGHTS
                                       199 Water Street, 22nd Floor
                                       New York, NY 10038
                                       Phone: (917) 637-3679
                                       Fax: (917) 637-3666
                                       Email: hflynn@reprorights.org

                                       * Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and exact copy of the foregoing *Motion of Hailey Flynn to Withdraw as Counsel for Plaintiffs* and *Certificate of Notice of Motion to Withdraw* has been served on the following via the Court's ECF filing system on October 29, 2019:

Steven Ashley Hart
Sue A. Sheldon
Alexander Stuart Rieger
Lindsay H. Sisco
Kathryn A. Baker
Matthew Daniel Cloutier
Amber L. Seymour
Michael Alan Meyer
Tennessee Attorney General's Office
P.O. Box 20207
Nashville, TN 37202-0207
(615) 741-5683
Fax: (615) 532-5683
steve.hart@ag.tn.gov
sue.sheldon@ag.tn.gov
alex.rieger@ag.tn.gov
lindsay.sisco@ag.tn.gov
kathryn.baker@ag.tn.gov
matt.cloutier@ag.tn.gov
amber.seymour@ag.tn.gov
michael.meyer@ag.tn.gov

        /s/ *Scott P. Tift*
        Scott P. Tift
        BARRETT JOHNSON MARTIN & GARRISON, LLC
        *Attorney for Plaintiffs*