IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ADAMS & BOYLE, P.C., on behalf of itself and its patients; *et al*., <br><br> Plaintiffs, <br><br> v. <br><br> HERBERT H. SLATERY III, Attorney General of Tennessee, in his official capacity; *et al*., <br><br> Defendants. | CASE NO. 3:15-cv-00705 <br><br> JUDGE FRIEDMAN <br><br> MAGISTRATE JUDGE FRENSLEY |

## EXPEDITED MOTION TO FILE SUPPLEMENTAL COMPLAINT

Plaintiffs Adams & Boyle, P.C., Memphis Center for Reproductive Health, and Planned Parenthood of Tennessee and North Mississippi, as well as proposed Plaintiffs Knoxville Center for Reproductive Health and Dr. Kimberly Looney (together, the "Providers"), move to file a supplemental complaint pursuant to Federal Rule of Civil Procedure 15(d). In light of the Providers' need for urgent relief in this matter, including the temporary restraining order the Providers seek through their other motion filed today, the Court has good cause to hear this motion on an expedited basis.

In support of this motion, the Providers submit the attached Memorandum in Support of Plaintiffs' Expedited Motion to File Supplemental Complaint, along with a copy of the proposed Supplemental Complaint. The Providers also submit a Proposed Order in support of their motion.

Dated: April 13, 2020

                 Respectfully submitted,

                 */s/ Thomas H. Castelli*
                 Thomas H. Castelli (No. 24849)
                 American Civil Liberties Union
                 Foundation of Tennessee
                 P.O. Box 120160
                 Nashville, TN 37212
                 Tel: (615) 320-7142
                 tcastelli@aclu-tn.org

*Attorneys for Plaintiffs*

Scott P. Tift
David W. Garrison
BARRETT JOHNSTON MARTIN & GARRISON, LLC
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Tel: (615) 244-2202
Fax: (615) 252-3798
stift@barrettjohnson.com
dgarrison@barrettjohnson.com

Thomas C. Jessee
Jessee & Jessee
P.O. Box 997
Johnson City, TN 37605
Tel: (423) 928-7175
jjlaw@jesseeandjessee.com

Michael J. Dell*
Jason M. Moff*
Irene Weintraub*
Timur Tusiray*
Catherine Hoge*

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Tel: 212-715-9129
Tel: 212-715-9113
mdell@kramerlevin.com
jmoff@kramerlevin.com
iweintraub@kramerlevin.com
ttusiray@kramerlevin.com
choge@kramerlevin.com

*Attorneys for Plaintiffs Adams & Boyle, P.C., Memphis Center for Reproductive Health, and Planned Parenthood of Tennessee and North Mississippi*

Autumn Katz*
Genevieve Scott**
Michelle Moriarty*
Center for Reproductive Rights
199 Water Street, 22nd Floor
New York, NY 10038
Tel: (917) 637-3600
Fax: (917) 637-3666
akatz@reprorights.org
gscott@reprorights.org
mmoriarty@reprorights.org

*Attorneys for Plaintiffs Adams & Boyle, P.C. and Memphis Center for Reproductive Health*

Maithreyi Ratakonda*
Planned Parenthood Federation of America
123 William St., 9th Floor
New York, NY 10038
Tel: (212) 261-4405
Fax: (212) 247-6811
mai.ratakonda@ppfa.org

*Attorney for Plaintiffs Planned Parenthood of Tennessee and North Mississippi and Dr. Kimberly Looney*

Julia Kaye**
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2633

*Attorney for Plaintiff Knoxville Center for Reproductive Health*

*Admitted *pro hac vice*
**Application for admission *pro hac vice* forthcoming

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *EXPEDITED MOTION TO FILE SUPPLEMENTAL COMPLAINT* has been served on the following counsel of record through the Electronic Filing System on this 13th day of April, 2020:

**Alexander Stuart Rieger**
**Steven Ashley Hart**
**Sue A. Sheldon**
**Lindsay Sisco**
**Matt Cloutier**
**Amber Seymour**

Tennessee Attorney General's Office
P O Box 20207
Nashville, TN 37202-0207
(615) 741-2408
Fax: (615) 532-5683
alex.rieger@ag.tn.gov
steve.hart@ag.tn.gov
sue.sheldon@ag.tn.gov
lindsay.sisco@ag.tn.gov
matt.cloutier@ag.tn.gov
amber.seymour@ag.tn.gov

    */s/ Thomas H. Castelli*
    Thomas H. Castelli