UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Adam & Boyle, P.C.,
et al.,

       Plaintiff,                    Civil Action No. 3:15-cv-00705

vs.                                      HON. BERNARD A. FRIEDMAN

Herbert H. Saltery III,
Attorney General of Tennessee, et al.,
_____/

## NOTICE OF TELEPHONIC MOTION HEARING

      PLEASE TAKE NOTICE that a telephonic motion hearing is set for [R. 229] Emergency Motion to Supplement Amended Complaint and [R.231] Motion for TRO before District Judge Bernard A. Friedman as follows:

**MOTION HEARING: Friday, April 17, 2020 at 11:00 a.m.**

      If possible, please refrain from the use of cell phone speakers.

ADDITIONAL INFORMATION: **PLEASE USE THE FOLLOWING CALL−IN INFORMATION: (877) 336−1274; Access Code: 9602327#**

Once the Court joins the conference call participates will be asked to enter security code: 5170#

## CERTIFICATE OF SERVICE

      The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first-class U.S. mail on April 15, 2020.

                                      By: s/Johnetta M. Curry-Williams
                                           Case Manager, 313-234-5172