# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| ADAMS & BOYLE, P.C., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Docket No. 3:15-cv-0705 |
| ) | Judge Friedman / Frensley |
| HERBERT H. SLATERY III, et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEAL

Defendants Governor Bill Lee; Herbert H. Slatery III; Lisa Piercey, M.D.; W. Reeves Johnson, Jr., M.D.; Glenn R. Funk; Amy Weirich; Barry Staubus; Charme Allen; and Rene Saunders, M.D., in their official capacities, hereby give notice of their appeal to the United States Court of Appeals for the Sixth Circuit from the district court's April 17, 2020 Order granting a preliminary injunction. (*See* D.E. 244.)

Respectfully submitted,

HERBERT H. SLATERY III
Attorney General and Reporter

*/s/ Alexander S. Rieger*
ALEXANDER S. RIEGER (BPR# 029362)
STEVEN A. HART (BPR # 07050)
MATTHEW D. CLOUTIER (BPR # 036710)
Office of Tennessee Attorney General
P. O. Box 20207
Nashville, Tennessee 37202
(615) 741-2408
alex.rieger@ag.tn.gov
steve.hart@ag.tn.gov
matt.cloutier@ag.tn.gov

1

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice has been served on the following counsel of record through the Electronic Filing System on this 17th day of April, 2020:

Scott P. Tift
David W. Garrison
Barrett Johnston Martin & Garrison, LLC,
Bank of America Plaza,
414 Union Street, Suite 900
Nashville, TN 37219
stift@barrettjohnson.com
dgarrison@barrettjohnson.com

Autumn Katz
Hailey Flynn
Michelle Moriarty
Marc Hearron
Genevieve Scott
Center for Reproductive Rights
199 Water Street, 22nd Floor
New York, NY 10038
akatz@reprorights.org
hflynn@reprorights.org
mmoriarty@reprorights.org
gscott@reprorights.org

Michael J. Dell
Jason M. Moff
Irene Weintraub
Timur Tusiray
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
mdell@kramerlevin.com
jmoff@kramerlevin.com
iweintraub@kramerlevin.com
ttusiray@kramerlevin.com

Julia Kaye
American Civil Liberties Union Foundation
125 Broad St. Floor 18
New York, NY 10004
jkaye@aclu.org

Thomas C. Jessee
Jessee & Jessee
P.O. Box 997
Johnson City, TN 37605
jjlaw@jesseeandjessee.com

Maithreyi Ratakonda
Melissa Cohen
Planned Parenthood Federation of America
123 William St., 9th Floor
New York, NY 10038
mai.ratakonda@ppfa.org
Melissa.cohen@ppfa.org

Thomas H. Castelli
American Civil Liberties Union
PO Box 120160
Nashville, TN 37212
tcastelli@aclu-tn.org

/s/*Alexander S. Rieger*
ALEXANDER S. RIEGER