# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| ADAMS & BOYLE, P.C., on behalf of itself and its patients; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> HERBERT H. SLATERY III, Attorney General of Tennessee, in his official capacity; *et al.*, <br><br> Defendants. | CASE NO. 3:15-cv-00705 <br><br> JUDGE FRIEDMAN <br><br> MAGISTRATE JUDGE FRENSLEY |

## PLAINTIFFS' MOTION FOR ATTORNEYS' FEES ON APPEAL

Plaintiffs Adams & Boyle P.C., Memphis Center for Reproductive Health, Knoxville Center for Reproductive Health, Planned Parenthood of Tennessee and North Mississippi, and Dr. Kimberly Looney (collectively, "Plaintiffs"), hereby move, pursuant to 42 U.S.C. § 1988(b), Federal Rule of Civil Procedure 54, and Local Rule 54.01(b)(2) for an award of $98,658 in attorneys' fees, which Plaintiffs incurred in litigating Defendants' appeal of this Court's grant of a preliminary injunction, in which they prevailed, and in preparing the instant fee application.

The grounds for granting this motion are set forth in the accompanying memorandum of law and supporting declarations of Genevieve Scott, Autumn Katz, Michelle Moriarty, Richard Muniz, Maithreyi Ratakonda, Julia Kaye, and William Harbison attached thereto. Plaintiffs reserve the right to supplement this request to seek any additional fees and/or costs incurred in conjunction with the preparation and litigation of this motion.

Pursuant to Local Rule 7.01(a)(1), counsel for Plaintiffs have conferred with counsel for Defendants. Defendants oppose this motion.

1

Respectfully submitted,

*/s/ Thomas Castelli*
Thomas H. Castelli (No. 24849)
American Civil Liberties Union
Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
Tel: (615) 320-7142
tcastelli@aclu-tn.org

*Attorney for Plaintiffs*

Scott P. Tift
David W. Garrison
BARRETT JOHNSTON MARTIN & GARRISON, LLC
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Tel: (615) 244-2202
Fax: (615) 252-3798
stift@barrettjohnson.com
dgarrison@barrettjohnson.com

Thomas C. Jessee
Jessee & Jessee
P.O. Box 997
Johnson City, TN 37605
Tel: (423) 928-7175
jjlaw@jesseeandjessee.com

Autumn Katz*
Genevieve Scott*
Michelle Moriarty*
Center for Reproductive Rights
199 Water Street, 22nd Floor
New York, NY 10038
Tel: (917) 637-3600
Fax: (917) 637-3666
akatz@reprorights.org
gscott@reprorights.org
mmoriarty@reprorights.org

2

*Attorneys for Plaintiffs Adams & Boyle, P.C. and Memphis Center for Reproductive Health*

Maithreyi Ratakonda*
Planned Parenthood Federation of America
123 William St., 9th Floor
New York, NY 10038
Tel: (212) 261-4405
Fax: (212) 247-6811
mai.ratakonda@ppfa.org

Richard Muniz*
Planned Parenthood Federation of America
1110 Vermont Ave NW, Suite 300
Washington, DC 20005
Tel: (202) 973-4800
Fax: (202) 296-3480
Richard.muniz@ppfa.org

*Attorneys for Plaintiffs Planned Parenthood of Tennessee and North Mississippi and Dr. Kimberly Looney*

Julia Kaye*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2633
jkaye@aclu.org

*Attorney for Plaintiff Knoxville Center for Reproductive Health*

*Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Plaintiffs' Motion for Attorneys' Fees on Appeal* has been served on the following counsel of record through the Electronic Filing System on this 22nd day of June, 2020:

**Alexander Stuart Rieger**
**Steven Ashley Hart**
**Sue A. Sheldon**
**Lindsay Sisco**
**Matt Cloutier**
**Amber Seymour**
**Kathryn Baker**

Tennessee Attorney General's Office
P O Box 20207
Nashville, TN 37202-0207
(615) 741-2408
Fax: (615) 532-5683
alex.rieger@ag.tn.gov
steve.hart@ag.tn.gov
sue.sheldon@ag.tn.gov
lindsay.sisco@ag.tn.gov
matt.cloutier@ag.tn.gov
amber.seymour@ag.tn.gov
kathryn.baker@ag.tn.gov

                                              */s/ Tom Castelli*
                                              Tom Castelli