UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ADAMS & BOYLE, P.C., et al.,

    Plaintiffs,                                             Civil Action No. 3:15-cv-00705

vs.                                                              HON. BERNARD A. FRIEDMAN

HERBERT H. SLATERY, III, et al.,

    Defendants.
_____/

## **JUDGMENT**

The Court in this matter has issued its Findings of Fact and Conclusions of Law. In accordance therewith,

IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for plaintiffs and against defendants.

IT IS FURTHER ORDERED AND ADJUDGED that defendants are hereby permanently enjoined from enforcing Tenn. Code Ann. § 39-15-202(a)-(h) to the extent it imposes a mandatory 48- or 24-hour waiting period for those seeking abortion care.

                                                                    LYNDA M. HILL
                                                                    CLERK OF COURT

                                                                    By:    s/Julie Owens
                                                                           Deputy Clerk

Dated: October 14, 2020


Approved: s/ Bernard A. Friedman
           BERNARD A. FRIEDMAN
           SENIOR U.S. DISTRICT JUDGE
           SITTING BY SPECIAL DESIGNATION