# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| BRISTOL REGIONAL WOMEN'S CENTER, P.C., on behalf of itself and its patients; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> HERBERT H. SLATERY III, Attorney General of Tennessee, in his official capacity; *et al.*, <br><br> Defendants. | CASE NO. 3:15-cv-00705 <br><br> JUDGE FRIEDMAN <br><br> MAGISTRATE JUDGE FRENSLEY |

## PLAINTIFFS' UNOPPOSED MOTION TO TOLL THE DEADLINE FOR PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS

Plaintiffs hereby move this Court to toll the deadline for Plaintiffs to file their motion for costs and attorneys' fees. In support thereof, Plaintiffs represent as follows:

1. On October 14, 2020, the Honorable Bernard A. Friedman entered Judgment for Plaintiffs, permanently enjoining enforcement of "Tenn. Code Ann. § 39-15-202(a)-(h) to the extent it imposes a mandatory 48- or 24-hour waiting period for those seeking abortion care." ECF No. 276.

2. Pursuant to Middle District of Tennessee Rule 54.01(a)-(b), Plaintiffs must file a bill of costs and motion for attorneys' fees within thirty (30) days from entry of final judgment. As such, Plaintiffs' deadline to file such a motion is presently November 13, 2020. Rule 54.01 contains no provision to toll the deadline while this Court's Judgment is appealed.

3. On October 30, 2020 counsel for Plaintiffs and Defendants consulted regarding the thirty (30) day deadline imposed by Rule 54.01. Counsel for Defendants indicated that they intend to file an appeal of this Court's Judgment. Counsel for both parties agreed that Plaintiffs would

file the instant Motion in the interests of judicial economy and conserving the litigants' resources. Defendants agreed that they do not oppose this motion.

4. Nothing in this motion constitutes a waiver of Defendants' right to object to Plaintiffs' request for costs and attorneys' fees, once filed.

Wherefore, Plaintiffs respectfully move the Court to grant their Unopposed Motion to Toll the Deadline for Plaintiffs' Motion for Attorneys' Fees and Costs, and allow them to file such bill of costs and motion within sixty (60) days of the conclusion of any and all appeals associated with the Judgment in this matter.

Dated: October 30, 2020

Respectfully submitted,

/s/ Scott Tift
Scott Tift
David W. Garrison
BARRETT JOHNSTON MARTIN & GARRISON, LLC
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Tel: (615) 244-2202
Fax: (615) 252-3798
dgarrison@barrettjohnson.com
stift@barrettjohnson.com

Thomas C. Jessee
Jessee & Jessee
P.O. Box 997
Johnson City, TN 37605
Tel: (423) 928-7175
jjlaw@jesseeandjessee.com

*Attorneys for Plaintiffs*

Autumn Katz*
Michelle Moriarty*
Rabia Muqaddam*
Center for Reproductive Rights
199 Water Street, 22nd Floor
New York, NY 10038
Tel: (917) 637-3600
Fax: (917) 637-3666
akatz@reprorights.org
mmoriarty@reprorights.org
rmuqaddam@reprorights.org

*Attorneys for Plaintiffs Bristol Regional Women's Center, P.C. and Memphis Center for Reproductive Health*

Maithreyi Ratakonda*
Melissa Cohen*
Planned Parenthood Federation of America
123 William St., 9th Floor
New York, NY 10038
Tel: (212) 261-4405
Fax: (212) 247-6811
mai.ratakonda@ppfa.org
melissa.cohen@ppfa.org

*Attorney for Plaintiff Planned Parenthood of Tennessee and North Mississippi*

*Admitted *pro hac vice*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on the following counsel of record for Defendants through the Electronic Filing System on this 30th day of October, 2020:

**Alexander Stuart Rieger**
**Steven Ashley Hart**
**Sue A. Sheldon**
**Lindsay Sisco**
**Matt Cloutier**
**Amber Seymour**
**Kathryn Baker**

Tennessee Attorney General's Office
P O Box 20207
Nashville, TN 37202-0207
(615) 741-2408
Fax: (615) 532-5683
alex.rieger@ag.tn.gov
steve.hart@ag.tn.gov
sue.sheldon@ag.tn.gov
lindsay.sisco@ag.tn.gov
matt.cloutier@ag.tn.gov
amber.seymour@ag.tn.gov
kathryn.baker@ag.tn.gov

                                             */s/ Scott Tift*
                                             Scott Tift