**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed:  November 06, 2020

Mr. David W. Garrison
Barrett, Johnston, Martin & Garrison
414 Union Street
Suite 900
Nashville, TN 37219

Ms. Autumn Chandra Katz
Center for Reproductive Rights
199 Water Street
22nd Floor
New York, NY 10038

Mr. Richard Muniz
Planned Parenthood Federation of America
1110 Vermont Avenue
Suite 300
Washington, DC 20005

Mr. Alexander Stuart Rieger
Office of the Attorney General
of Tennessee
P.O. Box 20207
Nashville, TN 37202-0207

Re:  Case No. 20-6267, *Bristol Regional Women's Cente, et al v. Herbert Slatery, III, et al*
      Originating Case No.  3:15-cv-00705

Dear Counsel,

   This appeal has been docketed as case number **20-6267** with the caption that is enclosed on a separate page.  The appellate case number and caption must appear on all filings submitted to the Court.  If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov.  If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.  Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **November 20, 2020**.  Additionally, the transcript order must be completed by that date.  For further information and instructions on ordering transcript electronically, please visit the court's website.

|             |                                                          |
|-------------|----------------------------------------------------------|
| Appellant:  | Appearance of Counsel                                    |
|             | Civil Appeal Statement of Parties & Issues              |
|             | Disclosure of Corporate Affiliations                    |
|             | Application for Admission to 6th Circuit Bar (if applicable) |

|             |                                                          |
|-------------|----------------------------------------------------------|
| Appellee:   | Appearance of Counsel                                    |
|             | Disclosure of Corporate Affiliations                    |
|             | Application for Admission to 6th Circuit Bar (if applicable) |

More specific instructions are printed on each form.  If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/Virginia Lee Padgett
Case Manager
Direct Dial No. 513-564-7032

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 20-6267**

BRISTOL REGIONAL WOMEN'S CENTER, P.C.; MEMPHIS CENTER FOR REPRODUCTIVE HEALTH, on behalf of itself and its patients; KNOXVILLE CENTER FOR REPRODUCTIVE HEALTH; PLANNED PARENTHOOD OF TENNESSEE AND NORTH MISSISSIPPI, formerly known as Planned Parenthood of Middle and East Tennessee; DR. KIMBERLY LOONEY

        Plaintiffs - Appellees

v.

HERBERT H. SLATERY, III, Attorney General of Tennessee; GLENN R. FUNK, District Attorney General of Nashville; AMY P. WEIRICH, District Attorney General of Shelby County; BARRY P. STAUBUS, District Attorney General of Sullivan County; CHARME P. ALLEN; LISA PIERCEY, Commissioner of the Tennessee Department of Health; W. REEVES JOHNSON, JR., M.D., President of the Tennessee Board of Medical Examiners, in their official capacities

        Defendants - Appellants

 and

WILLIAM LEE; DR. RENEE SAUNDERS

        Defendants