# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

February 26, 2021

**FILED**
Feb 26, 2021
DEBORAH S. HUNT, Clerk

Clerk
United States Court of Appeals
  for the Sixth Circuit
540 Potter Stewart United States Courthouse
100 E. Fifth Street
Cincinnati, OH 45202-3988

>     Re:  Herbert H. Slatery, III, Attorney General of Tennessee, et al.
>           v. Adams & Boyle, P. C., et al.,
>           No. 20-482 (Your docket No. 20-5408)

Dear Clerk:

     Attached please find a certified copy of the judgment of this Court in the above-entitled case.

Sincerely,

SCOTT S. HARRIS, Clerk

By  *[signature]*

Hervé Bocage
Judgments/Mandates Clerk

Enc.
cc:   All counsel of record

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

February 26, 2021

Mrs. Sarah Keeton Campbell, Esq.
Tennessee Office of the Attorney General
500 Dr. Martin Luther King, Jr. Blvd.
Nashville, TN 37243

      Re:  Herbert H. Slatery, III, Attorney General of Tennessee, et al.
           v.  Adams & Boyle, P. C., et al.,
           No. 20-482

Dear Mrs. Campbell:

    Attached please find a certified copy of the judgment of this Court in the above-entitled case.

    The petitioners are given recovery of costs in this Court as follows:

        **Clerk's costs:**    $300.00

    This amount may be recovered from the respondents.

                      Sincerely,

                      SCOTT S. HARRIS, Clerk

                      By *[signature]*
                      Herve' Bocage
                      Judgments/Mandates Clerk

cc:  Clerk, USCA 6th Circuit
      (Your docket No.  20-5408)

# Supreme Court of the United States

No. 20-482

**HERBERT H. SLATERY, III, ATTORNEY GENERAL OF TENNESSEE, ET AL.,**

                                                              Petitioners

v.

**ADAMS & BOYLE, P. C., ET AL.**

**ON PETITION FOR WRIT OF CERTIORARI** to the United States Court of Appeals for the Sixth Circuit.

**THIS CAUSE** having been submitted on the petition for writ of certiorari and the response thereto.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the petition for writ of certiorari is granted. The judgment of the above court in this cause is vacated with costs, and the case is remanded to the United States Court of Appeals for the Sixth Circuit with instructions to direct the District Court to vacate as moot its April 17, 2020, order granting plaintiffs' motion for a preliminary injunction. See *United States* v. *Munsingwear, Inc.,* 340 U. S. 36 (1950).

**IT IS FURTHER ORDERED** that the petitioners Herbert H. Slatery III, Attorney General of Tennessee, et al. recover from Adams & Boyle, P.C., et al., Three Hundred Dollars ($300.00) for costs herein expended.

                                                            January 25, 2021

**Clerk's costs:**      $300.00

A True copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States