IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| Bristol Regional Women's Center, P.C., on behalf of itself and its patients; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> HERBERT H. SLATERY III, Attorney General of Tennessee, in his official capacity; *et al.*, <br><br> Defendants. | CASE NO. 3:15-cv-00705 <br><br> JUDGE FRIEDMAN <br><br> MAGISTRATE JUDGE FRENSLEY |

## JOINT MOTION TO TOLL THE DEADLINE FOR PLAINTIFFS' MOTION FOR ATTORNEYS' FEES

Plaintiffs and Defendants hereby move this Court to toll the deadline for Plaintiffs' motion for statutory attorneys' fees. In support thereof, the parties represent as follows:

1) Middle District of Tennessee Local Rule 54.01(b) requires parties to file a motion for statutory attorneys' fees "within thirty (30) days from the District Court's entry of final judgment in the case." This rule also provides that motions to recover statutory attorneys' fees "for appellate and Supreme Court litigation in the case must be made within thirty (30) days of the entry of the Sixth Circuit mandate and, if applicable, thirty (30) days from the denial of a petition for certiorari or other final decision of the Supreme Court."

2) On April 17, 2020, this Court granted Plaintiffs' motion for a preliminary injunction. ECF No. 244. On April 21, the Court denied Defendants' motion for a stay pending appeal, ECF No. 252, and the Sixth Circuit Court of Appeals denied Defendants' motion for an administrative stay, ECF No. 250. Three days later, the Sixth Circuit Court of Appeals affirmed

1

this Court's order but directed this Court to modify the preliminary injunction. ECF No. 258. The Court modified the preliminary injunction on April 27. ECF No. 257. On May 5, the Sixth Circuit Court of Appeals denied Defendants' motion for a rehearing en banc. ECF No. 261. Defendants then filed a petition for a writ of certiorari at the Supreme Court. ECF No. 277.

3) On May 14, 2020, following the Sixth Circuit's denial of Defendants' motion for rehearing en banc, Plaintiffs filed a motion for statutory attorneys' fees on appeal. ECF No. 263. Defendants filed notice with this Court on July 27, 2020, that the parties had reached a settlement on those appellate fees. ECF No. 271.

4) On January 25, 2021, the Supreme Court granted Defendants' petition for a writ of certiorari, vacated the judgment as moot, and remanded the case to the Sixth Circuit Court of Appeals for further proceedings. That judgment issued on February 26. ECF No. 289. On March 1, 2021 the Sixth Circuit Court of Appeals vacated the April 17, 2020, order granting Plaintiffs' motion for a preliminary injunction as moot. ECF No. 290. This Court entered its order vacating that preliminary injunction on March 4, 2021. ECF No. 291.

5) On March 5, 2021, Genevieve Scott, representing Plaintiffs, and Alex Rieger, representing Defendants, consulted regarding Plaintiffs' plan to file a Motion for Attorneys' Fees for work before the district court. As a result of this consultation the parties agreed, in the interests of judicial economy, to file this Motion to Toll the Deadline for Plaintiffs' Motion for Attorneys' Fees with the goal of settling on all fees, including those on appeal that were subject to Defendants' July 27, 2020, notice of settlement. *See* ECF No. 271.

Wherefore, the parties respectfully move the Court to grant their Joint Motion to Toll the Deadline for Plaintiffs' Motion for Attorneys' Fees such that Plaintiffs' motion for statutory attorneys' fees, if necessary, would be due 30 days after the conclusion of settlement negotiations

2

Case 3:15-cv-00705    Document 293    Filed 04/08/21    Page 2 of 6 PageID #: 6770

associated with this case and Defendants' objections, if necessary, would be due 30 days after that filing. Nothing in this joint motion is intended to waive any objections to any fee motion in this matter.

RESPECTFULLY SUBMITTED this 8th day of April 2021.

    Respectfully submitted,

    */s/ Thomas H. Castelli*
    Thomas H. Castelli (No. 24849)
    American Civil Liberties Union
    Foundation of Tennessee
    P.O. Box 120160
    Nashville, TN 37212
    Tel: (615) 320-7142
    tcastelli@aclu-tn.org

    *Attorney for Plaintiffs*

    Scott P. Tift
    David W. Garrison
    BARRETT JOHNSTON MARTIN & GARRISON, LLC
    Bank of America Plaza
    414 Union Street, Suite 900
    Nashville, TN 37219
    Tel: (615) 244-2202
    Fax: (615) 252-3798
    stift@barrettjohnson.com
    dgarrison@barrettjohnson.com

    Autumn Katz*
    Genevieve Scott*
    Michelle Moriarty*
    Center for Reproductive Rights
    199 Water Street, 22nd Floor
    New York, NY 10038
    Tel: (917) 637-3600
    Fax: (917) 637-3666
    akatz@reprorights.org
    gscott@reprorights.org
    mmoriarty@reprorights.org

*Attorneys for Plaintiffs Bristol Regional Women's Center, P.C. and Memphis Center for Reproductive Health*

Maithreyi Ratakonda\*
Planned Parenthood Federation of America
123 William St., 9th Floor
New York, NY 10038
Tel: (212) 261-4405
Fax: (212) 247-6811
mai.ratakonda@ppfa.org

Richard Muniz\*
Planned Parenthood Federation of America
1110 Vermont Ave NW, Suite 300
Washington, DC 20005
Tel: (202) 973-4800
Fax: (202) 296-3480
Richard.muniz@ppfa.org

*Attorneys for Plaintiffs Planned Parenthood of Tennessee and North Mississippi and Dr. Kimberly Looney*

Julia Kaye\*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2633
jkaye@aclu.org

*Attorney for Plaintiff Knoxville Center for Reproductive Health*

\*Admitted *pro hac vice*

HERBERT H. SLATERY III
Attorney General and Reporter

/s/*Alexander S. Rieger*
ALEXANDER S. RIEGER
Assistant Attorney General
Office of the Attorney General and Reporter
P.O. Box 20207
Nashville, Tennessee 37202-0207
(615) 741-2408

4

BPR No. 029362
Alex.rieger@ag.tn.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that on April 8, 2021, a true and correct copy of the foregoing was served on the Tennessee Attorney General's Office, counsel for all Defendants, via the Court's ECF/CM system.

    HERBERT H. SLATERY III
    Attorney General and Reporter

    Alexander S. Rieger
    Amber L. Seymour
    Kathryn A. Baker
    Lindsay H. Sisco
    Matthew Daniel Cloutier
    Michael Alan Meyer
    Steven Ashley Hart
    Sue A. Sheldon
    Office of the Attorney General and Reporter
    P.O. Box 20207
    Nashville, Tennessee 37202-0207
    (615) 741-2408
    BPR No. 029362
    Alex.rieger@ag.tn.gov
    Amber.Seymour@ag.tn.gov
    kathryn.baker@ag.tn.gov
    lindsay.sisco@ag.tn.gov
    Matt.Cloutier@ag.tn.gov
    michael.meyer@ag.tn.gov
    steve.hart@ag.tn.gov
    Sue.Sheldon@ag.tn.gov

    *Counsel for Defendants*

                            */s/Thomas H. Castelli*
                            Thomas H. Castelli