UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ADAMS & BOYLE, P.C., et al.,

    Plaintiffs,                                                                  Civil Action No. 3:15-CV-00705

vs.                                                                         HON. BERNARD A. FRIEDMAN

HERBERT H. SLATERY III, et al.,

    Defendants.
_____/

## **JUDGMENT**

        In accordance with the August 5, 2021, opinion and order of the United States Court of Appeals for the Sixth Circuit,

        IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for defendants and against plaintiffs.

                                                            s/Bernard A. Friedman
                                                            BERNARD A. FRIEDMAN
                                                             SENIOR UNITED STATES DISTRICT JUDGE
                                                             SITTING BY SPECIAL DESIGNATION

Dated: December 14, 2021
       Detroit, Michigan